UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

CHRISTOPHER STEVENS,

                Plaintiff,

v.

RITE AID CORPORATION d/b/a RITE AID PHARMACY, a/k/a ECKERD CORPORATION d/b/a RITE AID,

                Defendant.

**ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Civil Action No.:
6:13-CV-783
(TJM/DEP)

---

**PLEASE TAKE NOTICE**, that upon the Motion by Rite Aid ("Defendant") for Summary Judgment (Docket No. 44) pursuant to Fed. R. Civ. P. 56 dismissing Plaintiff Christopher Stevens' ("Plaintiff") Complaint, and upon the Opposition by Plaintiff to Defendant's Motion for Summary Judgment (Docket No. 49), and upon Defendant's Reply in Further Support of its Motion for Summary Judgment dismissing Plaintiff's Complaint (Docket No. 51), and the Court having issued an oral decision on the Motion at the close of oral argument, which is hereby incorporated by reference, it is hereby

**ORDERED** that the motion by Defendant Rite Aid for summary judgment seeking dismissal of Plaintiff Christopher Stevens' case in its entirety is hereby **DENIED** for the reasons set forth by the Court on December 8, 2014.

**IT IS SO ORDERED.**

**DATED:** December 30, 2014

                                              _____
                                              THOMAS J. MCAVOY
                                              SENIOR U.S. DISTRICT COURT JUDGE