Thursday, January 15, 2015 - Albany, NY
Hon. Thomas J. McAvoy, Presiding
Clerk:  M. Price
Steno:  V. Theleman

CHRISTOPHER STEVENS

       vs.       CIVIL NO.   6: 13-CV-783

RITE AID CORPORATION d/b/a Rite Aid Pharmacy,
a/k/a Eckerd Corporation d/b/a Rite Aid

APPEARANCES:   HANCOCK, ESTABROOK LAW OFFICE BY: Daniel Berman, Robert Thorpe & Robert Whitaker for Pltf;   RAVEN, KOLBE LAW OFFICE BY:  Ryan Dempsey & Keith Raven, Esqs. for Deft

| Time | Event |
|---|---|
| 9:30 AM | In court; jury present. |

<u>Witness for Plaintiff</u>

Mark E. Warfel, MD

| Time | Event |
|---|---|
| 10:15 AM | Jury stands aside.  Offer of proof is taken from Frank M. Dattilio. |
| 10:30 AM | Jury re-enters. |

<u>Witness for Plaintiff</u>

Frank M. Dattilio

| Time | Event |
|---|---|
| 11:30 AM | Short break. |
| 11:45 AM | Jury enters.  Dattilio testimony continues. |
| 12:10 PM | |

<u>Witness for Plaintiff</u>

Karen A. Simone

| Time | Event |
|---|---|
| 12:30 PM | Lunch recess until to 1:30 P.M. |
| 1:30 PM | In court; jury enters.  Simone testimony continues. |
| 2:50 PM | Court stands in recess until 9:30 AM on January 16, 2015. |