UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____
CHRISTOPHER STEVENS,

        Plaintiff,

        vs.                                                   6:13-CV-783

RITE AID CORPORATION d/b/a RITE AID
PHARMACY, a/k/a ECKERD CORPORATION d/b/a
RITE AID,

        Defendant.
_____
THOMAS J. McAVOY
Senior United States District Judge

## DECISION and ORDER

        On February 5, 2015, Plaintiff filed a motion for attorneys' fees and costs, seeking $482,082.00 in attorneys' fees and $46,215.75 in costs. Dkt. 106. The motion was filed before Plaintiff and Defendant filed their post-trial motions. Plaintiff stated in his memorandum of law in support of his attorneys' fees motion that he was reserving his right to file a supplemental request for attorneys fees and costs related to the post-trial matters. *Id.* Defendant opposed the attorneys' fees application arguing, *inter alia*, that the motion was premature.

        The Court finds that the most economical use of scarce judicial resources is to decide the attorneys' fees motion one time. Accordingly, Plaintiff's motion for attorneys' fees [dkt. # 106] is DENIED with leave to renew.

IT IS SO ORDERED.

Dated:September 29, 2015

Thomas J. McAvoy
Senior, U.S. District Judge