**MANDATE**

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 21st day of March, two thousand and seventeen.

Before:    Jon O. Newman,
           Gerard E. Lynch,
           Christopher F. Droney,
                *Circuit Judges*,

_____

Christopher Stevens,

       Plaintiff-Appellee-Cross-Appellant,        **JUDGMENT**
                                                      Docket Nos. 15-277 (L), 15-279 (Con.),
v.                                                    15-3491 (XAP)

Rite Aid Corporation, DBA Rite Aid Pharmacy, AKA
Eckerd Corporation, DBA Rite Aid,

       Defendant-Appellant-Cross-Appellee.

_____

The appeals in the above captioned case from a judgment of the United States District Court for the Northern District of New York were argued on the district court's record and the parties' briefs.   Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the district court's post-trial denial of Rite Aid's motion for judgment as a matter of law is REVERSED; the district court's dismissal of Christopher Stevens' failure-to-accommodate claim is AFFIRMED; and the case is REMANDED to the district court for entry of a revised judgment in favor of Rite Aid.


       For The Court:

       Catherine O'Hagan Wolfe,
       Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

**MANDATE ISSUED ON 05/19/2017**